# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Cornelius Rodriguez Morant, | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 3:19-cv-02930-JFA |
| Ronald L. Dodson, Jr. in his Individual and Official capacity; Magistrate Judge Bryan Keith Griffin in his Individual capacity; Bonds Man Vanessa Moyer in her Individual and Official capacity; Deputy Clerk James C. Campbell in his Individual and Official capacity, | | |
| *Defendants*. | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Cornelius Rodriguez Morant, shall take nothing of the defendants, Ronald L. Dodson, Jr. in his Individual and Official capacity, Magistrate Judge Bryan Keith Griffin in his Individual capacity, Bonds Man Vanessa Moyer in her Individual and Official capacity and Deputy Clerk James C. Campbell in his Individual and Official capacity, and this action is dismissed without prejudice.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, incorporating the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   December 9, 2019                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/L. Baker
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*